**UNITED STATES of America, Plaintiff–Appellee,**

v.

**State of ARIZONA and Janice K. Brewer, Governor of the State of Arizona, in her official capacity, Defendants–Appellants.**

No. 10–16645.

United States Court of Appeals, Ninth Circuit.

Aug. 8, 2012.

Beth S. Brinkmann, Esquire, Michael P. Abate, Thomas Mark Bondy, Esquire, Varu Chilakamarri, Edwin Smiley Kneedler, Mark B. Stern, Daniel Tenny, Joshua Wilkenfeld, U.S. Department of Justice, Washington, DC, for Plaintiff–Appellee.

John Bouma, Joseph G. Adams, Robert Arthur Henry, Snell & Wilmer L.L.P., Jo-

seph Andrew Kanefield, Office of the Governor, Phoenix, AZ, for Defendants–Appellants.

On Remand From The United States Supreme Court. D.C. No. 2:10–cv–01413–SRB, District of Arizona, Phoenix.

Before: JOHN T. NOONAN, RICHARD A. PAEZ, and CARLOS T. BEA, Circuit Judges.

**ORDER**

Pursuant to the Supreme Court's decision in *Arizona v. United States,* —— U.S. ——, 132 S.Ct. 2492, 183 L.Ed.2d 351 (2012), the district court's preliminary injunction is AFFIRMED in part and REVERSED in part, as follows:

**1.** The district court's grant of a preliminary injunction enjoining enforcement of Section 2(B) of S.B. 1070 is REVERSED; and

**2.** The district court's grant of a preliminary injunction enjoining enforcement of Sections 3, 5(C), and 6 of S.B. 1070 is AFFIRMED.

The matter is remanded to the district court for further proceedings consistent with the opinion and judgment of the Supreme Court. The filing of this order shall serve as the court's mandate.